IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CINDY K. COLLINS,** : | |
| Plaintiff, : | Civil Action No. |
| : | 5:08-CV-368 (CAR): |
| v. : | |
| : | Social Security Appeal |
| **MICHAEL J. ASTRUE,** : | |
| **Commissioner of Social Security,** : | |
| Defendant. : | |

## ORDER ON REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 12] to uphold the Commissioner's decision to deny Plaintiff disability benefits. Plaintiff has not filed any objection to the Recommendation, and after careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED this 21st day of September, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

jlr